UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO,<br><br>      Plaintiff(s),<br><br>v.<br><br>ROCKVIEW DAIRIES, INC.,<br><br>      Defendant(s). | Case No. 2:22-cv-04378-SB-RAO<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Generally, defendants other than the United States must answer the complaint within 21 days after service. *See* Fed. R. Civ. P. 12(a)(1). On July 13, 2022, Plaintiff filed proof that Defendant Rockview Dairies, Inc., was served on July 13, 2022. Dkt. No. 12. A responsive pleading was due on August 3, 2022. None has been filed, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than August 18, 2022, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: August 11, 2022

                                              Hon. Stanley Blumenfeld, Jr.
                                              United States District Judge